**896**         CASES REPORTED WITH BRIEF SYLLABI.

MARY HIGGINS, Appellant, v. PRESS PUBLISHING COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the Estate of ANDREW J. SHIPMAN, Deceased. HENRY W. MOONEY, as Administrator, etc., of ADAIR M. SHIPMAN, Deceased, and Others, Appellants; HENRY W. JESSUP, Respondent.— Order affirmed, with ten dollars costs and disbursements to respondent, payable out of the estate. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MAY CHILDREY, Known Also as MAY STANLEY, Respondent, v. STANLEY MORGAN CHILDREY, Known Also as STAN STANLEY, Appellant.— Order modified by reducing counsel fee to $250, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ABRAHAM J. HELLMAN, Respondent, v. THE ULSTER AND DELAWARE RAILROAD COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ALFREDO PERALTA, Appellant, v. FRANCISCO ESCOBAR, Respondent.— Order modified as provided in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HILDA HERMAN, an Infant, by MAX HERMAN, Her Guardian ad Litem, Respondent, v. GRIFFIN MANUFACTURING Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FLORENCE E. BAUER, Appellant, v. EDWARD J. RATCLIFFE and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JAY G. WILBRAHAM, Appellant, v. JENNY STAFFORD MURPHEY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FREDERICK G. POTTER, as Substituted Trustee of the Estate of WILLIAM HENRY POTTER, Respondent, v. LENA GEHRINGER, Individually and as Administratrix, etc., and Others, Defendants, Impleaded with WILLIAM F. GEHRINGER and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOSEPH YOUNG, Respondent, v. WATERSON, BERLIN & SNYDER COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SOLOMON HANDAL and Others v. AARON SPECHLER.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROGERS PEET COMPANY v. SIDNEY HILLMAN, as President, etc., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROGERS PEET COMPANY v. SIDNEY HILLMAN, as President, etc., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROGERS PEET COMPANY v. SIDNEY HILLMAN, as President, etc., and Others.—